**No. 61233.**—S. Bondar & Co. and William H. Emig et al. *v.* United States, protests 115166–K, etc. (New York).

Opinion by WILSON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was, therefore, sustained.

BEFORE THE THIRD DIVISION, OCTOBER 2, 1957

**No. 61234.**—R. U. Delapenha & Co., Inc., et al. *v.* United States, protests 192181–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 61235.**—The London Gramophone Corp. *v.* United States, protest 193573–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of resistors similar in all material respects to those the subject of Abstract 57045, the claim of the plaintiff was sustained.

**No. 61236.**—Weil Ceramics & Glass, Inc. *v.* United States, protests 167889–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 20 percent under paragraph 1547 (a), Tariff Act of 1930, and the items marked with the letter "B" at 10 percent under the provision in said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476), for "Works of art * * * statuary, sculptures, or copies, replicas, or reproductions thereof, valued at not less than $2.50."